

# Fourth Court of Appeals
## San Antonio, Texas

June 16, 2014

No. 04-14-00396-CV

**IN THE INTEREST OF H.A.G., A CHILD**,

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-02990
Honorable Olin B. Strauss, Judge Presiding

# O R D E R

Kayleen Rivera's Notification of Late Reporter's Record is hereby GRANTED. The reporter's record is due on or before June 30, 2014.

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of June, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court